## SHARON E. WEBSTER *v.* DANIEL G. WEBSTER

*Jeffrey Brownstein,* in support of the petition.

Decided July 8, 1996

## COUNTRYWIDE FUNDING CORPORATION *v.* ISAAC L. SMITH ET AL.

The petition by the defendant Donna L. Wright for certification for appeal from the Appellate Court, 41 Conn. App. 905 (AC 15325), is denied.

*Donna L. Wright,* pro se, in support of the petition.

Decided July 8, 1996

## MIRCELA NITA *v.* RICHARD BLUMENTHAL

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 906 (AC 14045), is denied.

*Mircela Nita,* pro se, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 910 (AC 14875), is denied.